IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDON DUNBAR, et al.,<br><br>            Plaintiffs,<br>vs.<br><br>EVINE LIVE, INC.,<br><br>            Defendant. | No. 2:17-cv-01527-AJS<br><br>LEAD CASE |
| ANTOINETTE SUCHENKO,<br><br>            Plaintiff,<br>vs.<br><br>REDFIN CORPORATION,<br><br>            Defendant. | No. 2:17-cv-01603-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Antoinette Suchenko, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, Redfin Corporation. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

*/s/ Kevin W. Tucker*

Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on February 2, 2018, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)