UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDON DUNBAR, et al.,<br><br>            Plaintiffs,<br>vs.<br><br>EVINE LIVE, INC.,<br><br>            Defendant. | No. 2:17-cv-01527-AJS<br><br>LEAD CASE |
| TOMMY BROWN,<br><br>            Plaintiff,<br>vs.<br><br>SNOW TIME, INC.,<br><br>            Defendant. | No. 2:17-cv-01528-AJS<br><br>MEMBER CASE |

## NOTICE OF CONSENT DECREE

COMES NOW Plaintiff Tommy Brown by and through his undersigned counsel, hereby advises this Honorable Court that Plaintiff and Defendant, Snow Time, Inc., have executed a Consent Decree for the Court's review and approval.

Dated: March 8, 2018             /s/ Kevin W. Tucker
                                                        Kevin W. Tucker
                                                        Benjamin J. Sweet
                                                        Carlson Lynch Sweet Kilpela &
                                                        Carpenter, LLP
                                                        1133 Penn Avenue, 5th Floor
                                                        Pittsburgh, PA 15222
                                                        T. (412) 322-9243

                                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on March 8, 2018, I caused a true and correct copy of foregoing *Notice of Consent Decree* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
     Kevin W. Tucker