# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUNBAR et al<br><br>            Plaintiffs,<br>v.<br><br>EVINE LIVE, INC,<br><br>            Defendant. | Civil Action No. 2:17-cv-01527-AJS<br><br>LEAD CASE<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI ,<br><br>            Plaintiff,<br>v.<br><br>PACIFIC GROUP RESORTS<br><br>            Defendant. | Civil Action No. 2:17-cv-01542-AJS<br>MEMBER CASE<br><br>Electronically Filed |

## REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on <u>March 15, 2018</u>.

The case (please check one):
     __X__ has resolved
     _____ has resolved in part (see below)
     _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within __N/A__ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated:  March 19, 2018                    */s/ Arthur H. Stroyd, Jr._____*