## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUNBAR et al<br><br>                    Plaintiffs,<br>        v.<br><br>EVINE LIVE, INC,<br><br>                    Defendant. | Civil Action No. 2:17-cv-01527-AJS<br><br>LEAD CASE<br><br>Electronically Filed |
| Tommy Brown,<br><br>                    Plaintiff,<br>        v.<br><br>Coldwell Banker Real Estate LLC,<br><br>                    Defendant. | Civil Action No. 2:17-cv-015-AJS<br> MEMBER CASE<br><br>Electronically Filed |

### REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on April 5, 2018.

The case (please check one):
        __X__ has resolved
        _____ has resolved in part
        _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _N/A__ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated:  April 5, 2018                    /s/ Arthur H. Stroyd, Jr._____

                                                                        Rev. 09/11