**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LYNDON DUNBAR, et al.,<br><br>           Plaintiffs,<br>vs.<br><br>EVINE LIVE, INC.,<br><br>           Defendant. | No. 2:17-cv-01527-AJS<br><br>LEAD CASE |
| ANTOINETTE SUCHENKO,<br><br>           Plaintiff,<br>vs.<br><br>KYLIE JENNER, INC.,<br><br>           Defendant. | No. 2:17-cv-01614-AJS<br><br>MEMBER CASE |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, Antoinette Suchenko, hereby voluntarily dismisses with prejudice her claims against the Defendant, Kylie Jenner, Inc.

Respectfully submitted,

*/s/ Kevin W. Tucker*
Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
ktucker@carlsonlynch.com
bsweet@carlsonlynch.com

*Attorneys for Plaintiff*