IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDON DUNBAR, et al.,<br><br>　　　　Plaintiffs,<br>vs.<br><br>EVINE LIVE, INC.,<br><br>　　　　Defendant. | No. 2:17-cv-01527-AJS<br><br>LEAD CASE |
| TOMMY BROWN and R. DAVID NEW,<br><br>　　　　Plaintiffs,<br>vs.<br><br>PEAK RESORTS, INC.,<br><br>　　　　Defendant. | No. 2:17-cv-01545-AJS<br><br>MEMBER CASE |

**STIPULATION OF DISMISSAL**

　　　　COMES NOW Plaintiffs, Tommy Brown and R. David New, and Defendant, Peak Resorts, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

　　　　1.　　This action shall be DISMISSED, with prejudice; and

　　　　2.　　Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

*- Continued on a separate page -*

Respectfully submitted on May 24, 2018,

| **Counsel for Plaintiffs:** | **Counsel for Defendant:** |
|---|---|
| */s/ Kevin W. Tucker* | */s/ Timm W. Schowalter* |
| Kevin W. Tucker, Esquire | Timm W. Schowalter |
| Benjamin J. Sweet, Esquire | Sandberg Phoenix & Von Gontard P.C. |
| CARLSON LYNCH SWEET | 600 Washington Avenue, 15th Fl. |
| KILPELA & CARPENTER, LLP | St. Louis, MO 63101 |
| 1133 Penn Avenue, 5th Floor | T: (314) 231-3332 |
| Pittsburgh, PA 15222 | tschowalter@sandbergphoenix.com |
| T. (412) 322-9243 | |
| F. (412) 231-0246 | |
| bsweet@carlsonlynch.com | |
| ktucker@carlsonlynch.com | |