Respectfully submitted on May 24, 2018,

**Counsel for Plaintiffs:**

*/s/ Kevin W. Tucker*
Kevin W. Tucker, Esquire
Benjamin J. Sweet, Esquire
CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243
F. (412) 231-0246
bsweet@carlsonlynch.com
ktucker@carlsonlynch.com

**Counsel for Defendant:**

*/s/ Timm W. Schowalter*
Timm W. Schowalter
Sandberg Phoenix & Von Gontard P.C.
600 Washington Avenue, 15th Fl.
St. Louis, MO 63101
T: (314) 231-3332
tschowalter@sandbergphoenix.com

AND NOW, this 25TH day of MAY, 2018,
IT IS SO ORDERED.

_/s/ Arthur J. Schwab_
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LYNDON DUNBAR, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EVINE LIVE, INC.,<br><br>Defendant. | No. 2:17-cv-01527-AJS<br><br>LEAD CASE |
| TOMMY BROWN and R. DAVID NEW,<br><br>Plaintiffs,<br><br>vs.<br><br>PEAK RESORTS, INC.,<br><br>Defendant. | No. 2:17-cv-01545-AJS<br><br>MEMBER CASE |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiffs, Tommy Brown and R. David New, and Defendant, Peak Resorts, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

- Continued on a separate page -